PETER L. ARIAN (Bar No. 238029)
(E-Mail: Peterarianlaw@gmail.com)
410 San Anselmo Avenue
San Anselmo, California 94960
Telephone: (415) 758-1871
Facsimile: (415) 329-1408

Attorneys for Defendant
CHARLES COAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES COAN,<br><br>Defendant. | Case No. CR-16-00504-JST-3<br><br>**[PROPOSED] ORDER CONTINUING STATUS DATE FROM JULY 14, 2017 to AUGUST 25, 2017 AND PROPOSED ORDER RE: EXCLUDABLE TIME UNDER THE SPEEDY TRIAL ACT** |

Pursuant to the parties' stipulation, the Court orders that the status conference currently set for July 14, 2017 be continued to August 25, 2017. The Court also finds that the exclusion of the period from July 14, 2017 to August 18, 2017 from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: July 7, 2017

_____
HON. JON S. TIGAR
United States District Judge