PETER L. ARIAN (Bar No. 238029)
(E-Mail: Peterarianlaw@gmail.com)
407 San Anselmo Avenue, Suite 201
San Anselmo, California 94960
Telephone: (415) 785-4060
Facsimile: (415) 329-1408
Attorneys for Defendant
CHARLES KENDRIK COAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES KENDRIK COAN,<br><br>Defendants. | Case No. CR-16-504-JST<br><br>**[PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM JANUARY 12, 2018 TO MARCH 9, 2018;** |

Pursuant to the parties' stipulation, the Court orders that the sentencing hearing currently set for January 12, 2018 be continued to March 9, 2018.

DATED: December 11, 2017

_____
HON. JON S. TIGAR
United States District Judge

1